**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

David Krogull & Dian Krogull
v.
Triumph Credit, LLC,
Syncom and
Ford Motor Credit Company

**08CV 643**
**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

David Krogull & Dian Krogull

**FILED**
1-30-2008 NF
JAN 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Norman H. Lehrer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Norman H. Lehrer | |
| FIRM | |
| Norman H. Lehrer, P.C. | |
| STREET ADDRESS | |
| 429 W. Wesley | |
| CITY/STATE/ZIP | |
| Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01611569 | 630-462-0700 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ✓ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✓ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐