CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on February 8, 2008 I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Norman H. Lehrer,
normanhlehrer@yahoo.com
429 Wesley
Wheaton, IL 60187
630.462-0700
630.462-0838

                                                                                                                      /s/Mary K. Schulz