IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID AND DIAN KROGULL, | ) | |
| | ) | |
| Plaintiffs, | ) | No.   08 C 643 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| TRIUMPH CREDIT, LLC, SYNCOM AND | ) | Magistrate Judge Cox |
| FORD MOTOR CREDIT COMPANY, | ) | |
| | ) | |
| Defendants | ) | |

FORD MOTOR CREDIT COMPANY'S MOTION TO DISMISS
COUNTS III, IV AND V OF PLAINTIFFS' COMPLAINT

Ford Motor Credit Company, ("Ford Credit"), by its undersigned attorney, prays for the entry of an order pursuant to F.R.Civ.P. 12(b)(6) dismissing Counts III, IV and V of the Plaintiffs' Complaint. In support of its motion, Ford Credit submits its Memorandum of Law, incorporated herein by reference.

FORD MOTOR CREDIT COMPANY

     /s/ Mary K. Schulz     
One of its attorneys

Mary K. Schulz, 6183773
Schulz Law, P.C.
35 E Wacker Drive, Suite 650
Chicago, IL 60601
312.546-5146

CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on February 14, 2008 I electronically filed the foregoing **Notice of Motion and Motion to Dismiss** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Norman H. Lehrer, | William George Hutul |
| normanhlehrer@yahoo.com | normanhlehrer@yahoo.com |
| 429 Wesley | 429 Wesley |
| Wheaton, IL 60187 | Wheaton, IL 60187 |
| 630.462-0700 | 630.462-0700 |
| 630.462-0838 | 630.462-0838 |

　　　　　　　　　　　　　　　　　　　　/s/ Mary K. Schulz
　　　　　　　　　　　　　　　　　　　　Mary K. Schulz