IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| David and Dian Krogull, | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | No: 08 C 643 | |
| | ) | | |
| Ford Motor Credit Company and | ) | Judge Anderson | |
| Triumph Credit, LLC, and Syncom, | ) | | |
| | ) | Magistrate Cox | |
| Defendants. | ) | | |

**PLAINTIFFS' MOTION TO RESET BRIEFING SCHEDULE**

     Now come the Plaintiffs, David & Dian Krogull, by their attorneys, Norman H. Lehrer, P.C., and in support of their Motion to Reset Briefing Schedule, state as follows:

     1.     On February 21, 2008, an order was entered granting Plaintiff until March 21, 2008 in which to respond to Ford Motor Credit Company's Motion to Dismiss Plaintiffs' Complaint. Defendant was given 14 days thereafter or until April 4, 2008 to reply.

     2.     Due to the firm's court call in various counties, responses due from prior briefing schedules, court scheduled depositions, a trial in Will County for an action entitled <u>Smithwick v. Tyson Motor Corp.</u>, trial preparations in a matter entitled <u>Lucas v. Family Oldsmobile</u>, and other client responsibilities, Plaintiffs are seeking additional time in which to respond to Defendants' Motion to Dismiss.

     3.     This request is not being made hinder or delay these proceedings, but is made merely to properly and adequately represent the Plaintiffs.

     WHEREFORE, Plaintiffs are requesting an additional fourteen days in which to respond to the Motion to Dismiss, granting Defendant additional time to reply.

2

   /s/  William G. Hutul
One of Plaintiffs' Attorneys

Norman H. Lehrer, P.C.
429 W. Wesley
Wheaton, IL 60187
630-462-0700