IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David and Dian Krogull, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No: 08 C 643 |
| | ) | |
| Ford Motor Credit Company and | ) | Judge Anderson |
| Triumph Credit, LLC, and Syncom, | ) | |
| | ) | Magistrate Cox |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS COUNTS III, IV, AND V OF PLAINTIFFS' COMPLAINT AND MEMORANDUM IN SUPPORT OF THE SAID MOTION**

Now come the Plaintiffs, by their attorneys, Norman H. Lehrer, P.C. and move the Court for an Order striking Defendants' Motion T0 Dismiss Counts III, IV and V of Plaintiffs' Complaint, and in support thereof states as follows:

1. Defendant, Ford Motor Credit Company, has filed a Motion To Dismiss Counts III, IV and V of Plaintiffs' Complaint and Memorandum of Law in Support thereof. Count III of the Complaint alleges a claim for common law fraud against Ford Motor Credit Company. Count IV alleges an action for common law slander of credit against Ford Motor Credit Company. Count V alleges a civil conspiracy against Defendant Triumph and Ford Motor Credit Company.

2. Defendant bases much of its argument to dismiss these counts on the ruling in a district court decision on a motion to dismiss in an action entitled <u>Gros v. Ford Motor Credit Company</u>, 06 C 5510. Ford Motor Credit Company has attached a copy of the <u>Gros v. Ford Motor Credit Company</u> opinion to its Motion to Dismiss. In its Motion to Dismiss Ford Motor Credit Company argues that the Federal District Court dismissed the common law fraud claims of William Gros in the other District Court case. However, pursuant to Federal law itself, this

Court is not permitted to consider, for any purpose, the Gros decision, in that the Federal Seventh Circuit Court of Appeals has held, in Howard v. Wal-Mart, 160 F.2d 358 (7th Cir. 1998):

> "We don't tell people whether to exercise their rights of appeal, but we feel impelled to remind Wal-Mart and its lawyer that a District Court's decision does not have precedential authority..."

The Federal Seventh Circuit Appellate Court had previously held, in the case of Anderson v. Romero, that:

> "District Court decisions have no weight as precedents, no authority."

In the cases of Anderson v. Romero, 72 F.3d 518 (7th Cir.1995); Howard v. Wal-Mart Stores, 160 F.3d 358 (7th Cir.1998); Old Republic Insurance Company v. Chuhak and Tecson, 84 F.3d 998 (7th Cir.1996), the Seventh Circuit Appellate Court held that District court cases are not precedential, and are not to be cited for any purpose.

3. Not only does Ford Motor Credit Company cite the district court opinion in the Gros case, but it attaches the Court's memorandum opinion in that case to the Motion to Dismiss in this case, and makes the Memorandum Opinion a part of its motion here. This is improper, as the opinion in Gros v. Ford Motor Credit Company is not binding or precedential here, and should not be cited at all. The Seventh Circuit Court of Appeals has been clear in its statements on this point, and for obvious reasons. One federal district court judge's opinion should not control the rulings of other federal district court judges.

4. Thus, this Court should not consider the Gros opinion for any purpose as it is improperly cited as precedent in Defendants' Motion.

WHEREFORE, Plaintiff moves to strike Defendant's Motion To Dismiss Plaintiffs' Complaint and Memorandum of Law In Support Of Its Motion To Dismiss Counts III, IV and V of Plaintiffs' Complaint.

        /s/  William G. Hutul_____
One of Plaintiff's Attorneys

Norman H. Lehrer
William G. Hutul
Norman H.  Lehrer, P.C.
429 W. Wesley
Wheaton, IL 60187
630-462-0700