IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David and Dian Krogull, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No:  08  C  643 |
| | ) | |
| Ford Motor Credit Company and | ) | Judge Anderson |
| Triumph Credit, LLC, and Syncom, | ) | |
| | ) | Magistrate Cox |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   **Mary K. Schulz**, Schulz Law, P.C., 35 E. Wacker Drive, Suite 650, Chicago, IL, 60601

Please take notice at on **March 27, 2008**, at **9:00 a.m.**, we shall appear before the Honorable Judge Anderson or any judge sitting in his stead in courtroom 1403 at the U.S. District Court House, 219 S. Dearborn Street, Chicago, and then and there present **PLAINTIFFS' MOTION TO RESET BRIEFING SCHEDULE AND PLAINTIFF'S MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS COUNTS III, IV, AND V OF PLAINTIFFS' COMPLAINT AND MEMORANDUM IN SUPPORT OF THE SAID MOTION**.

By: /s/ William G. Hutul
One of Plaintiff's Attorneys

**PROOF OF SERVICE**

On March 19, 2008, I, William G. Hutul, served this notice via electronic delivery.

/s/  William G. Hutul

[X] Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the statements set forth herein are true and correct.