IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID AND DIAN KROGULL, | ) | |
| | ) | |
| Plaintiffs, | ) | No.  08 C 643 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| TRIUMPH CREDIT, LLC, SYNCOM AND | ) | Magistrate Judge Cox |
| FORD MOTOR CREDIT COMPANY, | ) | |
| | ) | |
| Defendants | ) | |

### FORD MOTOR CREDIT COMPANY'S MOTION TO DISMISS
### COUNT III OF PLAINTIFFS' AMENDED COMPLAINT

Ford Motor Credit Company, ("Ford Credit"), by its undersigned attorney, prays for the entry of an order pursuant to F.R.Civ.P. 12(b)(6) dismissing Count III of the Plaintiffs' Amended Complaint. In support of its motion, Ford Credit submits its Memorandum of Law, incorporated herein by reference.

FORD MOTOR CREDIT COMPANY

  /s/ Mary K. Schulz
One of its attorneys

Mary K. Schulz, 6183773
Schulz Law, P.C.
35 E Wacker Drive, Suite 650
Chicago, IL 60601
312.546-5146

CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on May 19, 2008 I electronically filed the foregoing **Notice of Motion and Motion to Dismiss** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Norman H. Lehrer, | William George Hutul |
| normanhlehrer@yahoo.com | normanhlehrer@yahoo.com |
| 429 Wesley | 429 Wesley |
| Wheaton, IL 60187 | Wheaton, IL 60187 |
| 630.462-0700 | 630.462-0700 |
| 630.462-0838 | 630.462-0838 |

                                                /s/ Mary K. Schulz
                                                  Mary K. Schulz