IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID AND DIAN KROGULL, | ) | |
| | ) | |
| Plaintiffs, | ) | No.   08 C 643 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| TRIUMPH CREDIT, LLC, SYNCOM AND | ) | Magistrate Judge Cox |
| FORD MOTOR CREDIT COMPANY, | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

TO    Parties on the Attached Service List

　　　PLEASE TAKE NOTICE that on May 29, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Wayne R. Andersen, in courtroom 1403 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois or before any judge who may be sitting in his place or stead, and shall then and there present *Ford Motor Credit Company's  Motion to Dismiss Count III of Plaintiffs' Amended Complaint,* a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　FORD MOTOR CREDIT COMPANY


　　　　　　　　　　　　　　　　　　　　/s/ Mary K. Schulz　　　　　　
　　　　　　　　　　　　　　　　　　One of its attorneys


Mary K. Schulz, 6183773
Schulz Law, P.C.
35 E Wacker Drive, Suite 650
Chicago, IL 60601
312.546-5146