IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David and Dian Krogull, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No:  08 C 643 |
| | ) | |
| Ford Motor Credit Company and | ) | Judge Anderson |
| Triumph Credit, LLC, and Syncom, | ) | |
| | ) | Magistrate Cox |
| Defendants. | ) | |

**MOTION FOR VOLUNTARY DISMISSAL**

Now come the Plaintiffs, David Krogull and Dian Krogull, by their attorneys, Norman H. Lehrer, P.C., and move to voluntary dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure and in support of said Motion states:

1. There is no counterclaim pending in this cause.  The Defendant Triumph Credit has not been served with Summons.

2. This cause is not set for trial and no discovery schedule has been set herein.

3. It is in the court's discretion to non-suit an action early in the proceedings without prejudice.

WHEREFORE, the Plaintiffs move for the entry of an order voluntarily dismissing this case without prejudice.

　　　　　　　　　　　　　　　　　　　　　 /s/ William G. Hutul_____
　　　　　　　　　　　　　　　　　　　　　　　William G. Hutul

Norman H. Lehrer, P.C.
429 W. Wesley
Wheaton, IL 60187
630-462-0700